IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| CARL HEARD | § |
| VS. | §   CIVIL ACTION NO. 1:05cv614 |
| ANITA R. BREAUX, ET AL. | § |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Carl Heard, an inmate at the Stiles Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against Anita R. Breaux, Dennis Hall, Leroy Dennis, Jr., and Bonnie L. Young.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **7**  day of **July, 2006.**

_____
Ron Clark, United States District Judge